UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| ROYCE D. SHYE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:13-0130 |
| | ) Judge Sharp |
| W.B. MELTON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Magistrate Judge Griffin has entered a Report and Recommendation (Docket No. 48) recommending that Defendants' Motion for Summary Judgment (Docket No. 33) be granted. Plaintiff did not respond to the Motion for Summary Judgment, nor has he filed any objections to the Report and Recommendation, even though he was informed of his obligation to do so with respect to both filings.

Having considered the matter *de novo* as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition.

Accordingly, the Report and Recommendation (Docket No. 48) is hereby ACCEPTED and APPROVED; Defendants' Motion for Summary Judgment (Docket No. 33) is hereby GRANTED; and this case is hereby DISMISSED WITH PREJUDICE.

The Clerk of the Court will enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE